### In re Chul–Jin KIM

No. 01–1415.

United States Court of Appeals, Federal Circuit.

March 15, 2002.

Before NEWMAN, MICHEL, and RADER, Circuit Judges.

## JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED. See* Fed. Cir. R. 36